UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **MARK FULTZ**, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:22-cv-10237-GCS-KGA |
| v. ) | |
| ) | Judge George Caram Steeh: |
| **HPT TRS IHG-2, INC.,** a Maryland ) | |
| corporation for profit, ) | |
| ) | |
| Defendant. ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

COMES NOW, Plaintiff Mark Fultz, and hereby gives notice of his voluntary dismissal with prejudice of Defendant  HPT TRS IHG-2, INC., pursuant to Rule 4l(a)(l) of the Federal Rules of Civil Procedure.

The Defendant has not filed an answer or motion for summary judgment as of this time. In support of this notice Plaintiff relies on Rule 41 (a)(l) of the Federal Rules of Civil.

Dated: June 16, 2022.

Respectfully submitted,

/s/Owen B. Dunn, Jr.
Owen B. Dunn, Jr., Esq. (p66315)
Law Offices of Owen Dunn, Jr.
4334 W. Central Ave., Suite 222
Toledo, Ohio 43615
(419) 241-9661 Telephone
(419) 241-9737 Facsimile
dunnlawoffice@scglobal.net
*Counsel for Plaintiff Leland Foster*

1

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **MARK FULTZ**, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:22-cv-10237-GCS-KGA |
| v. | ) |
| | ) Judge George Caram Steeh: |
| **HPT TRS IHG-2, INC.,** a Maryland | ) |
| corporation for profit, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 16, 2022 I filed the within and foregoing **NOTICE OF VOLUNTARY DISMISSAL** using the CM/ECF System for the federal District Court for the Eastern District of Michigan. A true and correct copy of the foregoing was served via both ordinary and electronic mail, as follows:

HPT TRS IHG-2, Inc.
c/o The RMR Group LLC
Two Newton Place, Suite 300
255 Washington Street
Newton, Massachusetts 02458
Attention: General Counsel

Goulston & Storrs PC
Attn: Matthew Horvitz
400 Atlantic Ave.
Boston, MA 0211 0
T: (617) 574-4053
E: mhorvitz@goulstonstorrs.com

/s/Owen B. Dunn, Jr.
Owen B. Dunn, Jr., Esq. (p66315)

3

Law Offices of Owen Dunn, Jr.
The Ottawa Hills Shopping Center
4334 W. Central Ave., Suite 222
Toledo, Ohio 43615
(419) 241-9661 Telephone
(419) 241-9737 Facsimile
dunnlawoffice@scglobal.net

*Counsel for Plaintiff Leland Foster*